FILED IN
COURT OF APPEALS
SEP 1 3 1999
LISA ROMB...
CLERK, 5th DISTRICT



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

05-95-01079-CR

## NO. 73,504

### EX PARTE GEORGE LEROY TUCKER, JR. , Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS FROM DALLAS COUNTY

*The opinion was delivered per curiam.*

## OPINION

This is a post-conviction application for a writ of habeas corpus forwarded to this Court pursuant to Article 11.07, V.A.C.C.P. Applicant was convicted of the offense of aggravated assault, and punishment was assessed at forty-five years imprisonment. This conviction was affirmed. Tucker v. State, No. 05-95-01079-CR (Tex. App. — Dallas, opinion delivered June 24, 1996, no pet.).

Applicant contends, *inter alia*, that he was denied an opportunity to file a petition

for discretionary review because his appellate attorney did not notify him that his conviction had been affirmed. The trial court, upon an affidavit from Applicant's counsel on appeal, has recommended that relief be granted, and we agree. See Ex Parte Wilson, 956 S.W.2d 25 (Tex. Crim. App. 1997).

Habeas corpus relief is granted, in part, and Applicant is granted leave to file an out-of-time petition for discretionary review from his conviction in cause number F-94-62471-HR from the 2658th Judicial District Court of Dallas County. Applicant is ordered returned to the point at which he can file a meaningful petition for discretionary review. For purposes of the Texas Rules of Appellate Procedure, all time limits shall be calculated as if the Court of Appeals' decision had been rendered on the day the mandate of this Court issues. We hold that should Applicant desire to seek discretionary review, he must take affirmative steps to see that his petition is filed in the Court of Appeals within thirty days of the date the mandate of this Court has issued.

Applicant's remaining claims are hereby dismissed.

DELIVERED: September 8, 1999
DO NOT PUBLISH



Court of Criminal Appeals
Box 12308
Capitol Station
Austin, Texas 78711



PRESORTED
FIRST CLASS



AUSTIN
TX
SEP-9'99
PB METER
6841822

U.S.POSTAGE
0.26 1

LISA ROMBOK
CLERK 5TH COURT OF APPEALS
COURTHOUSE 600 COMMERCE 2ND FLOOR
DALLAS TX 75202

73,504

